■ GENERAL CRUSHED STONE COMPANY, Respondent, v DENNIS M. PIZZO, Individually and Doing Business as DENNY'S ASPHALT PAVING, Defendant, and DENNY'S PAVING AND EXCAVATING CORP., Appellant. [627 NYS2d 592] —Motion to strike 60-day demand granted. Memorandum: Because it is not authorized by the rules of this Court, the demand that the appeal be perfected within 60 days is without force or effect. The motion to strike that demand, therefore, is granted. Present—Denman, P. J., Pine, Wesley, Davis and Boehm, JJ.

■ JAGDISH MANGLA, Appellant, v GENERAL MOTORS CORPORATION et al., Respondents. [626 NYS2d 710] —Motion to dismiss appeal denied. Memorandum: It is well-settled that an order denying a motion for reargument is not appealable. However, Supreme Court's characterization of plaintiff's motion as one for reargument is not conclusive, and the record must be examined to determine whether the motion was for renewal or reargument (see, e.g., Nelson v Bushwick Family Health Ctr., 87 AD2d 837, 838; Rector of St. Bartholomew's Church v Committee to Preserve St. Bartholomew's Church, 84 AD2d 309, 316-317). The motion papers are inadequate to enable this Court to make that determination. Present—Green, J. P., Lawton, Fallon, Balio and Boehm, JJ.